**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KAREN J. WATTS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:26-cv-00998 |
| | ) | |
| v. | ) | |
| | ) | |
| JOST CHEMICAL COMPANY. | ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

**<u>NOTICE OF REMOVAL</u>**

Defendant Jost Chemical Company ("Jost"), by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes the above captioned case from the Circuit Court of St. Louis County, State of Missouri to the United States District Court for the Eastern District of Missouri, Eastern Division. In support of this Notice, Jost states as follows:

1.   On May 15, 2026, Plaintiff Karen J. Watts ("Plaintiff") filed a civil action captioned *as Karen J. Watts v. Jost Chemical Company, Case No. 26SL-CC03804*, in the Circuit Court of St. Louis County, State of Missouri. A copy of Plaintiff's Petition ("Petition") and the entire state court file is attached hereto as *Exhibit 1. Exhibit 1* contains all process, pleadings, and orders served and a copy of the state court docket.

2.   Jost was served with the Petition on May 27, 2026. *See Ex. 1, Summons*.

3.   In her Petition, Plaintiff alleges a violation of the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. § 621 *et seq*.

4.   The sole count alleged in Plaintiff's Petition is a civil action arising under the laws of the United States. Plaintiff therefore has alleged a federal question within the original jurisdiction of the district courts of United States. 28 U.S.C. § 1331.

5.   A defendant may remove any civil action brought in state court to a district court of the United States if the district court has original jurisdiction over the civil action. 28 U.S.C. §§ 1331, 1441.

6.   The United States District Court for the Eastern District of Missouri, Eastern Division is the appropriate venue for removal of Plaintiff's state court action as United States District Court for the Eastern District of Missouri, Eastern Division embraces St. Louis County, Missouri, the venue where the state court action is pending. 28 U.S.C. § 1441.

7.   This Notice of Removal is timely as it is filed within thirty (30) days after service of the Petition on Jost on May 27, 2026. *See Ex. 1, Summons*; 28 U.S.C. § 1446(b).

8.   No claim in this matter has been made non-removable by statute.

9.   Jost reserves the right to amend or supplement this Notice of Removal.

10. By filing this Notice of Removal, Jost does not waive any defenses that may be available to it.

11. Upon filing this Notice of Removal, Jost will provide written notice to Plaintiff and file a copy of this Notice of Removal with the Clerk of the Circuit Court of St. Louis County, State of Missouri.

WHEREFORE, Jost prays that its Notice of Removal be granted and that this action be removed in its entirety from the Circuit Court of St. Louis County, State of Missouri to the United States District Court for the Eastern District of Missouri, Eastern Division, and for such other relief as this court deems just and proper.

Respectfully Submitted

DANNA MCKITRICK, P.C.

BY:   /s/ David R. Bohm
      David R. Bohm, #35166MO
      Adam D. Rosenberg, #72375MO
      7701 Forsyth Blvd., Suite 1200
      St. Louis, MO  63105-3907
      (314) 726-1000/(314) 725-6592 fax
      E-Mail:  dbohm@dmfirm.com
               arosenberg@dmfirm.com
      ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that I caused true and correct copies of the foregoing document to be served upon the parties receiving notice through the Court's CM/ECF system by filing with the Court's CM/ECF system on this 23rd day of June, 2026 and that I caused true and correct copies of the foregoing to be served upon the following counsel by email to:

Frank Ledbetter, #53521MO
Ledbetter Law Firm, LLC
130 S. Bemiston Avenue
Clayton, MO 63105
314-602-1431
stlatty@gmail.com


/s/ David R. Bohm

4910-2543-9409, v. 1

3